ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Al Haydar Group                                )  ASBCA No.  62477
                                               )
Under Contract No.    W912D1-15-C-0002         )

APPEARANCE FOR THE APPELLANT:          Mr. Nazar Haider Shakir
                                         General Manager

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                       CPT Eugenee M. Gray, JA
                                         Trial Attorney

ORDER OF DISMISSAL

By correspondence dated April 29, 2020, Mr. Nazar Haider Shakir, General Manager for appellant, filed a notice of appeal by email. The Board docketed the appeal on May 3, 2020.

By Order dated May 4, 2020, appellant was directed to show that it is represented in this appeal by a person who meets the criteria of Board Rule 15(a), or to designate a proper person as its representative. This Order was sent to appellant via email to the address provided on appellant's notice of appeal. The Board did not receive a response to this Order.

By Show Cause Order dated June 16, 2020, the Board ordered appellant to show that it is represented in these proceedings by a person meeting the criteria of Board Rule 15(a), or designate a proper person to represent it. The Order stated that if appellant did not comply, the Board intended to dismiss this appeal without further notice to the parties. The Order was sent to appellant via email to the address provided in the notice of appeal.

Appellant responded to the Board's Show Cause Order the following day, June 17, 2020, with an email stating "[t]hank you and let me prepare the apeal [sic] and send back via requested email." The email did not include the information concerning appellant's Rule 15(a) representative requested by the Board in its May 4, 2020 Order or its June 16, 2020 Show Cause Order. The Board has received no further communication from appellant since its June 17, 2020 email.

Since the Board cannot proceed without a representative meeting the requirements of Board Rule 15(a), this appeal is dismissed.

Dated: July 9, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62477, Appeal of Al Haydar Group, rendered in conformance with the Board's Charter.

Dated: July 10, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2